UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **MARTEZ HULBIN** | **CIVIL ACTION NO. 19-174-P** |
| **VERSUS** | **JUDGE FOOTE** |
| **DETECTIVE WHITE, ET AL.** | **MAGISTRATEJUDGE HORNSBY** |

### REPORT AND RECOMMENDATION

In accordance with the standing order of this court, this matter was referred to the undersigned Magistrate Judge for review, report and recommendation.

### STATEMENT OF CLAIM

Before the court is a civil rights complaint filed in forma pauperis by pro se plaintiff Martez Hulbin, ("Plaintiff"), pursuant to 42 U.S.C. § 1983. This complaint was filed in his court on February 12, 2019. Plaintiff names Detective White and Detective Clark as defendants.

On April 14, 2020, this court issued an order which stayed this action insofar as it sought monetary relief for civil rights claims and dismissed the remaining claims seeking the dismissal of pending criminal charges, immediate release, credit for time served, relief for failure to bring criminal charges against a suspect, and relief for his wife's confession. However, that order was returned to this court on May 18, 2020 by the United States Postal Service marked "RETURN TO SENDER-GONE." To date, Plaintiff has not informed this court of his new address.

Accordingly;

**IT IS RECOMMENDED** that Plaintiff's civil rights claims seeking monetary relief be **DISMISSED WITHOUT PREJUDICE**, sua sponte, for failure to prosecute,

pursuant to Rule 41(b) of the Federal Rules of Civil Procedure as interpreted by the court and under the court's inherent power to control its own docket. See Link v. Wabash Railroad Company, 370 U.S. 626, 82 S.Ct. 1386 (1962); Rogers v. Kroger Company, 669 F.2d 317, 320-321 (5th Cir. 1982).

## OBJECTIONS

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), parties aggrieved by this recommendation have fourteen (14) days from service of this Report and Recommendation to file specific, written objections with the Clerk of Court, unless an extension of time is granted under Fed. R. Civ. P. 6(b). A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Counsel are directed to furnish a courtesy copy of any objections or responses to the District Judge at the time of filing.

A party's failure to file written objections to the proposed findings, conclusions and recommendation set forth above, within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions that were accepted by the district court and that were not objected to by the aforementioned party. See Douglas v. U.S.A.A., 79 F.3d 1415 (5th Cir. 1996) (en banc).

**THUS DONE AND SIGNED**, in chambers, at Shreveport, Louisiana, on this 2nd day of December 2020.

Mark L. Hornsby
U.S. Magistrate Judge